JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE TOWNE CORNERS, LLC, a Delaware Limited Liability Company authorized to do business in the State of California,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE INSURANCE COMPANY OF AMERICA, an Ohio Corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:21-cv-01789-PA-RAO<br><br>District Judge: Percy Anderson<br>Magistrate Judge: Rozelle A. Oliver<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Served: 1/27/2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has considered the Stipulation of Dismissal with Prejudice filed by the parties to this action.

**THE COURT HEREBY ORDERS** that this action, 2:21-cv-01789-PA-RAO, is dismissed with prejudice, with each party to bear its own costs, fees, and expenses, including their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: December 3, 2021

_____
PERCY ANDERSON
United States District Judge

Fisher & Wolfe LLP